374 A.2d 714

Commonwealth ex rel. Base v. Base, Appellant.

Argued March 23, 1977. Michael L. Murphy, with him Luchsinger, Murphy

620

and Noel, for appellant; Robert T. Seiwell, with him Neil B. Howard, for appellee.

Order affirmed.